DocuSign Envelope ID: 4EA19CAC-6E04-44CC-8565-8B0C85C99E1A

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SDI Stores LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bob's Stores**<br>**DBA  Bobs Stores**<br>**DBA  Eastern Mountain Sports**<br>**DBA  EMS**<br>**DBA  Sport Chalet** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1264751** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**160 Corporate Ct**<br>**Meriden, CT 06450**<br>Number, Street, City, State & ZIP Code<br><br>**New Haven**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | SDI Stores LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4591__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **SDI Stores LLC** | | Case number (*if known*) | |
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor | **Mountain Sports LLC** | | | Relationship | **Affiliate** |
| District | **Delaware** | When | **6/18/24** | Case number, if known | 24-11385 |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

DocuSign Envelope ID: 4EA19CAC-6E04-44CC-8565-8B0C85C99E1A

| Debtor | **SDI Stores LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **SDI Stores LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2024**
MM / DD / YYYY

DocuSigned by:

X    *David Barton*                    **David Barton**
Signature of authorized representative of debtor        Printed name

Title    **Auth. Rep. Bob's EMS Holdings LLC**
**Mgr of Debtors Sole Member**

**18. Signature of attorney**

X    / s /  Maria Aprile Sawczuk            Date  **June 18, 2024**
Signature of attorney for debtor                MM / DD / YYYY

**Maria Aprile Sawczuk**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
Number, Street, City, State & ZIP Code

Contact phone    **302-444-6710**    Email address    **marias@goldmclaw.com**

**3320 DE**
Bar number and State

**RESOLUTION**
of
**SDI STORES LLC**
**(a Delaware Limited Liability Company)**

**Effective as of June 13, 2024**

WHEREAS, the undersigned, Roberts 50 USA LLC, a Delaware Limited Liability Company ("*R50*"), acting via the authorization of its sole Member, Bob's EMS Holdings LLC, a Delaware Limited Liability Company, and acting in its capacity as the sole member of SDI Stores LLC (the "*Company*"), has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of R50, it is desirable and in the best interest of the Company, its creditors, members, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), Subchapter V, in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*");

RESOLVED FURTHER, that David Barton (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition and/or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be

necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**ROBERTS 50 USA LLC**

**By: BOB'S EMS HOLDINGS LLC**

By: Jason Peterson
Its: Manager

2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SDI Stores LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 47 BRAND, LLC PO BOX 419648 BOSTON, MA 02241-9648 | | | | | | $258,394.07 |
| ADIDAS SALES, INC. DEPT CH 19361 PALATINE, IL 60055-9405 | | | | | | $529,372.40 |
| APTOS LLC DEPT CH17281 5505 N.CUMBERLAND AVE SUITE 307 CHICAGO, IL 60656-1471 | | | | | | $548,837.41 |
| ARIAT INTERNATIONAL INC PO BOX 201282 DALLAS, TX 75320 | | | | | | $250,876.46 |
| CARHARTT PO BOX 856843 MINNEAPOLIS, MN 55485-6843 | | | | | | $1,243,242.85 |
| COLUMBIA SPORTSWEAR CO. PO BOX 935641 ATLANTA, GA 31193-5641 | | | | | | $280,806.41 |
| GODIGITAL MEDIA GROUP 4712 ADMIRALTY WAY  #533 MARINA DEL RAY, CA 90292 | | | | | | $540,230.49 |

| Debtor | SDI Stores LLC | | | Case number (if known) | | |
|--------|---------------|--|--|------------------------|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HAMILTON,KANE,MARTIN, ENT.,INC P.O. BOX 369 WEST ISLIP, NY 11795 | | | | | | $209,381.14 |
| HANESBRANDS INC. CHAMPION PRODUCTS 21692 NETWORK PLACE CHICAGO, IL 60673-1216 | | | | | | $549,105.63 |
| LEVI STRAUSS & CO. P.O. BOX 100883 ATLANTA, GA 30384-0883 | | | | | | $494,688.42 |
| MERCHSTACK, INC 12333 SOWDEN RD, STE B PMB 83448 HOUSTON, TX 77080 | | | | | | $204,156.25 |
| ONE STEP UP LTD. 1412 BROADWAY 3RD FLOOR NEW YORK, NY 10018 | | | | | | $231,039.00 |
| OPTIMAD MEDIA LLC 55 PETERS CANYON RD Irvine, CA 92606 | | | | | | $839,905.51 |
| PUMA NORTH AMERICA PO BOX 74007020 CHICAGO, IL 60674-7020 | | | | | | $302,190.61 |
| SKECHERS USA, INC. PO BOX 74008181 Chicago, IL 60674-8181 | | | | | | $376,499.25 |
| TBP CRANSTON LLC PO BOX 715975 CINCINNATI, OH 45217-5975 | | | | | | $286,759.94 |

Debtor **SDI Stores LLC**
_____         Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UNDER ARMOUR, INC. P.O. BOX 791022 BALTIMORE, MD 21279-1022** | | | | | | **$650,919.24** |
| **VF OUTDOOR TIMBERLAND 13911 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693** | | | | | | **$664,600.80** |
| **VFI KR SPE I LLC PO BOX 8105 ANN ARBOR, MI 48107** | | | | | | **$964,503.87** |
| **WOLVERINE WORLD WIDE, INC. 25759 NETWORK PLACE CHICAGO, IL 60673-1257** | | | | | | **$265,892.78** |

SDI STORES LLC
160 CORPORATE CT
MERIDEN, CT 06450

AHOLD DELHAIZE REAL ESTATE
THE STOP & SHOP SUPERMARKET COMPANY LLC
PO BOX 3797
BOSTON, MA 02241-3797

AMINCO INTERNATIONAL INC.
26 ANY CRESCENT BAY DRIVE
LAKE FOREST, CA 92630

MARIA APRILE SAWCZUK
GOLDSTEIN & MCCLINTOCK LLLP
111 W WASHINGTON STREET
SUITE 1221
CHICAGO, IL 60602

ALL AMERICAN WASTE, LLC
P.O. BOX 1308
ENFIELD, CT 06083

ANDERSEN TAX LLC
350 SOUTH GRAND AVE
SUITE 2000
LOS ANGELES, CA 90071

3-D LIGHTING
235 COTTAGE STREET
FRANKLIN, MA 02038

ALL STATE PLUMBING PROS
39 KENOSIA AVE
DANBURY, CT 06810

APTOS CANADA, INC
P.O. BOX 417411
BOSTON, MA 02241-7411

47 BRAND, LLC
PO BOX 419648
BOSTON, MA 02241-9648

ALL WASTE, INC.
P.O. BOX 2472
HARTFORD, CT 06146

APTOS LLC
DEPT CH17281
5505 N.CUMBERLAND AVE SUITE30
CHICAGO, IL 60656-1471

ACC BUSINESS
400 WEST AVE
ROCHESTER, NY 14611

ALLIED PRINTING SERVICES INC.
P.O. BOX 850
MANCHESTER, CT 06045-0850

ARIAT INTERNATIONAL INC
PO BOX 201282
DALLAS, TX 75320

ADIDAS SALES, INC.
DEPT CH 19361
PALATINE, IL 60055-9405

ALLSTATE FIRE EQUIPMENT
70 ROBERT JACKSON WAY
PLAINVILLE, CT 06062

ASICS AMERICA CORPORATION
PO BOX 31001-1665
PASADENA, CA 91110-1665

ADT COMMERCIAL
PROTECTION ONE ALARM MONITORING INC
P.O. BOX 872987
KANSAS CITY, MO 64187-2987

ALPHA 6 DISTRIBUTIONS, LLC
DBA ARCTIX
PO BOX 931891
ATLANTA, GA 31193-1891

ATLANTIC DATA SECURITY
ATTN: ACCTS RECEIVABLE
P.O. BOX 380848
EAST HARTFORD, CT 06138

AGRON INC.
P.O. BOX 51708
LOS ANGELES, CA 90051-6008

AMALGAMATED FINANCIAL GROUP VIII
1414 ATWOOD AVE.
JOHNSTON, RI 02919

AVALARA INC
DEPT. CH 16781
PALATINE, IL 60055

AGS ANSONIA LLC
501 MADISON AVE.
SUITE 603
NEW YORK, NY 10022

AMBIANCE APPAREL
2415 E. 15TH STREET
LOS ANGELES, CA 90021

AVERY DENNISON
15178 COLLECTIONS CENTER DR
CHICAGO, IL 60693

AGS HVAC SERVICES, LLC
1100 MAIN ROAD
WESTPORT, MA 02790

AMERICAN SIGN INC.
614 FERRY STREET
NEW HAVEN, CT 06513

AWESOME CONCEPT INC
43 WEST 33RD STREET
SUITE 306
NEW YORK, NY 10001

AXA XL AMERICA
24113 NETWORK PLACE
CHICAGO, IL 60673-1241

BLUE 84
A DIVISION OF LAKESHIRTS, INC
PO BOX 1906
DETROIT LAKES, MN 56502

CHARLY USA LLC
17288 RED HILL AVE
IRVINE, CA 92614

B SAFE, LLC
PO BOX 821349
PHILADELPHIA, PA 19182-1349

BOTTOMLINE TECHNOLOGIES (DE) INC
P.O. BOX 412377
BOSTON, MA 02241-2377

CHASE CROSSROADS WATERFO
SQUARE,    C/O CHASE ENT
225 ASYLUM ST., 29TH FL
HARTFORD, CT 06103-1538

B33 CENTEREACH II LLC
9330 W. SAHARA AVE, STE 270
LAS VEGAS, NV 89117

CALERES, INC
PO BOX 281777
ATLANTA, GA 30384-1777

CHATTR
1600 E 8TH AVE
STE A200
TAMPA, FL 33605

BARONET COFFEE,  INC
701 MARSHALL PHELPS RD
WINDSOR, CT 06095

CARHARTT
PO BOX 856843
MINNEAPOLIS, MN 55485-6843

CIT GROUP COMMERCIAL SERV
P.O. BOX 1036
CHARLOTTE, NC 28201-1036

BEVERLY HILLS LAW CORP., PC
433 N. CAMDEN DRIVE
6TH FLOOR
BEVERLY HILLS, CA 90210

CASHCONNECT
A DIVISION OF WSFS BANK
700 PRIDES CROSSING. STE. 304
NEWARK, DE 19713

CITY OF ATTLEBORO
P.O.BOX 4173
WOBURN, MA 01888-4173

BH PREMIUM QUALITY WATERBURY LLC
C/O LEXINGTON REALTY INTERNATIONA
911 E. COUNTY LINE ROAD
LAKEWOOD, NJ 08701

CBS
CONNECTICUT BUSINESS SYST
100 GREAT MEADOW RD.
WETHERSFIELD, CT 06109

CITY OF FITCHBURG
BOARD OF HEALTH
166 BOULDER DRIVE
FITCHBURG, MA 01420

BILLABONG
BOARDRIDERS WHOLESALE, LLC
PO BOX 749340
LOS ANGELES, CA 90074-9340

CDW DIRECT, LLC.
P.O. BOX 75723
CHICAGO, IL 60675-5723

CITY OF HOLYOKE
ACC# SR010111
PO BOX 4184
WOBURN, MA 01888-4184

BLACK DIAMOND EQUIPMENT,
PO BOX 734175
DALLAS, TX 75373-4175

CENTRIC BRANDS
620 S. ELM STREET
GREENSBORO, NC 27406

CITY OF NEW LONDON
DEPT. OF PUBLIC UTILITIES
P.O. BOX 4127
WOBURN, MA 01888-4127

BLACK DIAMOND GROUP, INC
300 TRADE CENTER
SUITE 5550
WOBURN, MA 01801

CENTRIC BRANDS HOLDING LLC
620 S. ELM STREET
GREENSBORO, NC 27406

CLEAR WATER INDUSTRIES
415 BRIDGEPORT AVENUE
SHELTON, CT 06484

BLANK ROME LLP
130 N. 18TH STREET
ATTN:  CHRISTOPHER MANION
PHILADELPHIA, PA 19103

CHANNEL ADVISOR CORP
PO BOX 735795
CHICAGO, IL 60673

CMG ASSOCIATES, INC.
111 SPEEN ST
SUITE 200
FRAMINGHAM, MA 01701

COCA-COLA NORTHEAST
PO BOX 419784
BOSTON, MA 02241-9784

CONTROL GROUP COMPANIES LLC
FILE 2484
1801 W OLYMPIC BLVD
PASADENA, CA 91199-2484

D. DUBALDO ELECTRIC CO., LLC
16 HARRISON STREET
MANCHESTER, CT 06040

COLLIGIO, LLC.
PO BOX 203
SOUTH WALPOLE, MA 02071

COPESAN
P.O. BOX 8442
CAROL STREAM, IL 60197-8442

DATA CAPTURE SOLUTIONS
160 WEST ROAD
ELLINGTON, CT 06029

COLOSSEUM ATHLETICS
PO BOX 8314
PASADENA, CA 91109-8314

CORPORATE SERVICES CONSULTANTS, INC
1015 N GAY STREET
PO BOX 1048
DANDRIDGE, TN 37725

DALCO SECURITY SYSTEMS
PO BOX 1208
SAUGUS, MA 01906

COLUMBIA SPORTSWEAR CO.
PO BOX 935641
ATLANTA, GA 31193-5641

CRAFT FOR KIDS INC
1001 IRVING AVE
RIDGEWOOD, NY 11385

DC SHOES, INC.
PO BOX 749337
LOS ANGELES, CA 90074-9337

COMMERCIAL ASSET PRESERVATION, LLC
220 E MORRIS AVE
SALT LAKE CITY, UT 84115

CROWN CASTLE FIBER LLC
PO BOX 27135
NEW YORK, NY 10087-7135

DELL FINANCIAL SERVICES LLC
PAYMENT PROCESSING CENTER
PO BOX 5292
CAROL STREAM, IL 60197-5292

CONNECTICUT BUSINESS SYSTEM LLC
P.O. BOX 936745
ATLANTA, GA 31193-6745

CSC
PO BOX 7410023
CHICAGO, IL 60674-5023

DEMOULAS SUPERMARKETS, INC
P.O. BOX 419030
BOSTON, MA 02241-9030

CONNECTICUT DEPARTMENT OF REVENUE SERVICE
450 COLUMBUS BLVD.
HARTFORD, CT 06103

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

DENTONS US LLP
DEPT. 3078
CAROL STREAM, IL 60132-3078

CONSTELLATION NEW ENERGY INC
PO BOX 4640
CAROL STREAM, IL 60197-4640

CT CORPORATION
28 LIBERTY ST
NEW YORK, NY 10005

DG GRAPHICS
58 SPRINGFIELD ROAD
SOMERS, CT 06071

CONTINENTAL INDEMNITY COMPANY
PO BOX 3646
OMAHA, NE 68103-0646

CURTIS COMMUNICATIONS INC.
P.O. BOX 270944
LOUISVILLE, CO 80027

DIGITAL WAVE TECHNOLOGY, IN
130 CORRIDOR RD #472
PONTE VEDRA BEACH, FL 32004

CONTRACT DATASCAN, LP
2941 TRADE CENTER DR.
SUITE 100
CARROLLTON, TX 75007

CWPM, LLC
P.O. BOX 415
PLAINVILLE, CT 06062

DOOR CONCEPTS
8 DELTA DRIVE
UNIT D
LONDONDERRY, NH 03053

DUFFY ELECTRIC
2200 BELLMORE AVE
BELLMORE, NY 11710

EMBURSE INC
PO BOX 780872
PHILADELPHIA, PA 19178-0872

FAMMA GROUP, INC.
6277 SLAUSON AVE
COMMERCE, CA 90040-3011

DYNAMIC WEB SOURCE, INC
#413162
PO BOX 35146
SEATTLE, WA 98124-5146

ENCORE FIRE PROTECTION
70 BACON STREET
PAWTUCKET, RI 02862

FANATICS LICENSED SPORTS GLL
P.O. BOX 74007513
CHICAGO, IL 60674-7513

E&E BROKERAGE
138 CREEKVIEW DRIVE
PO BOX 30
MONTICELLO, KY 42633

ETAGG SOLUTIONS, INC.
4378 94TH STREET
PLEASANT PRAIRIE, WI 53158

FASHION FOOTWEAR, LLC
1412 BROADWAY  3RD FLR
NEW YORK, NY 10018

E.L. HARVEY & SONS, INC.
68 HOPKINTON ROAD
ROUTE 135
WESTBORO, MA 01581

EVERSOURCE
PO BOX 56002
BOSTON, MA 02205-6002

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

E.L. HARVEY & SONS, INC.
68 HOPKINTON ROAD, ROUTE 135
WESTBORO, MA 01581-2126

EVERSOURCE
P.O. BOX 56004
BOSTON, MA 02205-6004

FIDELITY SEC LIFE INS/EYEMED
FSL/EYEMED PREMIUMS
PO BOX 632530
CINCINNATI, OH 45263-2530

E.S. ORIGINALS, INC.
440 9TH AVENUE
NEW YORK, NY 10001

EVERSOURCE
P.O. BOX 56007
BOSTON, MA 02205-6007

FILA SPORTS, INC.
PO BOX 826464
PHILADELPHIA, PA 19182-6464

EATON CORPORATION
29085 NETWORK PLACE
CHICAGO, IL 60673-1290

EVERSOURCE
P O BOX 55215
BOSTON, MA 02205-5215

FIRESAFE EQUIPMENT INC
PO BOX 1355
AUBURN, ME 04211-1355

EBIX, INC.
PO BOX 654038
DALLAS, TX 75265-4038

EVERSOURCE
PO BOX 55215
BOSTON, MA 02205-5215

FISLL MEDIA LLC
2950 W SQUARE LAKE RD
SUITE 200
TROY, MI 48098

ECONOCO CORPORATION
P.O. BOX 100
HICKSVILLE, NY 11802

EXPEREO USA, INC.
PO BOX 2000
EDMUND HALLEY DRIVE, SUITE 120
RESTON, VA 20191

FOUR SEASONS DESIGN, INC
2451 BRITANNIA BLVD
SAN DIEGO, CA 92154

ELITE DEVELOPMENT GROUP, LLC
35 BRENTWOOD AVE
FAIRFIELD, CT 06825

EZ DISPOSAL SERVICE INC.
20 RAILROAD STREET
REVERE, MA 02151

FREIGHTLEAD LLC
20 EHALSEY RD
PARSIPPANY, NJ 07054

GALAXY ACTIVE, LLC.
PO BOX 781905
PHILADELPHIA, PA 19178-1905

HADDAD APPAREL GROUP
131 DOCKS CORNER ROAD
DAYTON, NJ 08810

HILCO WHOLESALE SOLUTIONS LL
5 REVERE DRIVE
SUITE 206
NORTH BROOK, IL 60062

GENERAL FLOORING, LLC
ATTN: ACCOUNTS RECEIVABLE
80 YALE AVE.
MIDDLEBURY, CT 06762

HALLORAN SAGE
ONE GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CT 06103-4303

HILTON GARDEN INN WALLINGFO
1181 BARNES ROAD
WALLINGFORD, CT 06492

GENESCO INC.
4008 RELIABLE PARKWAY
CHICAGO, IL 60686

HAMILTON,KANE,MARTIN, ENT.,INC
P.O. BOX 369
WEST ISLIP, NY 11795

HOKA ONE ONE
DECKERS CORP
PO BOX 8424
PASADENA, CA 91109

GIFTCRAFT INC.
P O BOX 1270
GRAND ISLAND, NY 14072-8270

HANESBRANDS INC
JP MORGAN CHASE
21692 NETWORK PLACE
CHICAGO, IL 60673-1216

HOLYOKE GAS & ELECTRIC DEP
99 SUFFOLK ST
HOLYOKE, MA 01040-5082

GINA GROUP LLC
10 WEST 33RD ST., STE 312
NEW YORK, NY 10001

HANESBRANDS INC
JP MORGAN/CHASE
21692 NETWORK PLACE
CHICAGO, IL 60673-1216

HOLYOKE MALL COMPANY LP
THE CLINTON EXCHANGE
4 CLINTON SQUARE
SYRACUSE, NY 13202

GODIGITAL MEDIA GROUP
4712 ADMIRALTY WAY  #533
MARINA DEL RAY, CA 90292

HANESBRANDS INC.
CHAMPION PRODUCTS
21692 NETWORK PLACE
CHICAGO, IL 60673-1216

HOLYOKE WATER WORKS
ACC#WR010111
PO BOX 4184
WOBURN, MA 01888-4184

GOODHEW, LLC
P.O. BOX 306174
NASHVILLE, TN 37230-6174

HANESBRANDS INC./BRIEFS
SARA LEE KNIT PRODUCTS
21692 NETWORK PLACE
CHICAGO, IL 60673-1216

HONEYWELL INTERNATIONAL INC
PO BOX 74007122
CHICAGO, IL 60674-7122

GOOGLE LLC
PO BOX 883654
LOS ANGELES, CA 90088-3654

HANGING HILLS LAWN CARE, LLC
191 E. WOODLAND ST
MERIDEN, CT 06451

HYBRID PROMOTIONS LLC
LOCKBOX #0079588
PO BOX 846116
LOS ANGELES, CA 90084-6116

GORDINI U.S.A. INC.
P.O. BOX 8440
ESSEX JCT., VT 05451

HEY DUDE INC.
PO BOX 641462
PITTSBURGH, PA 15264-1462

IBM
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

GREAT BUY PRODUCTS, INC.
2034 EAST 27TH STREET
BUILDING C
VERNON, CA 90058

HIBBARD & ROSA ARCHITECTS LLC.
100 RIVERVIEW CENTER
SUITE 272
MIDDLETOWN, CT 06457

ICONIC FOOTWEAR
1410 BROADWAY
SUITE 505
NEW YORK, NY 10018

IMPLUS CORP.
P.O. BOX 679394
DALLAS, TX 75267-9394

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371994
PITTSBURGH, PA 15250-7994

JOHNSOOR US LLC
PO BOX 640017
PITTSBURGH, PA 15264

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

JOSMO SHOES
601 59TH STREET
WEST NEW YORK, NJ 07093

KONTOOR US, LLC
PO BOX 640017
PITTSBURGH, PA 15264

INTERNATIONAL APPRAISAL CO.
6 ARROW ROAD
STE 100
RAMSEY, NJ 07446

JUSTIN BRANDS
124 WEST PUTNAM AVE
GREENWICH, CT 06830

KRONOS INC.
P.O. BOX 744724
ATLANTA, GA 30374-3208

INTERNATIONAL INTIMATES
31 WEST 34TH ST 9TH FL
NEW YORK, NY 10001

KEEN, INC.
PO BOX 742937
LOS ANGELES, CA 90074-2937

KROY LIMITED PARTNERSHIP
21 MAZZEO DRIVE
SUITE 103
RANDOLPH, MA 02368

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

KETER ENVIRONMENTAL SERVICES, LLC
PO BOX 417468
BOSTON, MA 02241-7468

LENOVO FINANCIAL SERVICES
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

ISLAND LIFE SURF COMPANY
PO BOX 22
HANOVER, MA 02339

KIMCO REALTY CORP
M C CO., LLC
PO BOX 30344
TAMPA, FL 33630

LEVI STRAUSS & CO.
P.O. BOX 100883
ATLANTA, GA 30384-0883

JACK SCHWARTZ SHOES INC
42 WEST 39TH STREET
12TH FLOOR
NEW YORK, NY 10018

KLARNA, INC
DBA FLEXENGAGE INC
4071 L B MCLEOD RD  STE D PMB 84
ORLANDO, FL 32811

LEVIN PROPERTIES LP
C/O LEVIN MANAGEMENT CORPO
P.O BOX 326
PLAINFIELD, NJ 07061-0326

JDS ELECTRIC LLC
170 RESEARCH PARKWAY  UNIT #3
MERIDEN, CT 06450

KMS INC
1315 W MACARTHUR RD
BLDG 300
WICHITA, KS 67217

LEVRAN GREEN HOLDINGS LLC C
57 NORTH STREET
SUITE 223
DANBURY, CT 06810

JEBCOMMERCE LLC
PO BOX 3050
COEUR D ALENE, ID 83816

KOLE IMPORTS & CLOSEOUTS
24600 MAIN STRETT
CARSON, CA 90745

LIBERTY COCA-COLA BEVERAGELL
PO BOX 780810
PHILADELPHIA, PA 19178-0810

JOHNSON CONTROLS
PO BOX 730068
DALLAS, TX 75373-0068

KONICA MINOLTA BUSINESS SOLUTIONS
DEPT. AT 952823
ATLANTA, GA 31192-2823

LIBERTY UTILITIES
75 REMITTANCE DRIVE
SUITE 1032
CHICAGO, IL 60675-1032

LIFE IS GOOD, INC.
15 HUDSON PARK DRIVE
HUDSON, NH 03051

MAKIRA
440 POLARIS CIRCLE
ERIE, CO 80516

MILBERG FACTORS, INC
PO BOX 730718
DALLAS, TX 75373-0718

LISTRAK
100 WEST MILLPORT
LITITZ, PA 17543

MARK BRIC INC.
4740 CHUDOBA PARKWAY
PRINCE GEORGE, VA 23875

MILFORD PLAZA HOLDINGS DE LL
C/O LINCOLN PROPERTY COMPA
75 HOLLY HILL LANE, SUITE 303
GREENWICH, CT 06830

LITTLE EARTH PRODUCTIONS,
2400 JOSEPHINE STREET
PITTSBURGH, PA 15203

MARKET SHARE BRANDS INC.
242 WEST 36TH STREET
SUITE 701
NEW YORK, NY 10018

MINNETONKA MOCCASIN COMPA
PO BOX 529
MINNEAPOLIS, MN 55440

LITTLER MENDLESON P.C.
P.O. BOX 207137
DALLAS, TX 75320-7137

MARKETING RESULTS LTD
3985 GROVES ROAD
COLUMBUS, OH 43232

MOAB TRANING INTERNATIONALIN
PO BOX 460
KULPSVILLE, PA 19443

LOGO BRANDS
117 SOUTHEAST PARKWAY
FRANKLIN, TN 37064

MARKETING SOLUTIONS UNLIMITED LL
109 TALCOTT ROAD
WEST HARTFORD, CT 06110

MONDAY.COM LTD
111 E 18TH ST, 13TH FLOOR
NEW YORK, NY 10003

LONG ISLAND STOREFRONTS
275 CR-111
MANORVILLE, NY 11949

MASTERPIECES PUZZLE CO., INC.
39313 TREASURY CENTER
CHICAGO, IL 60694-9300

MS PORTFOLIO, LLC
DEPT #880556
PO BOX 29650
PHOENIX, AZ 85038-9650

LOOP 1 SYSTEMS, INC.
P.O. BOX 671327
DALLAS, TX 75267

MCKINNEY CONSTRUCTION, LLC
PO BOX 392
STAFFORD SPRINGS, CT 06076

MTG DISPOSAL, LLC
A WASTE CONNECTIONS COMPA
PO BOX 535233
PITTSBURGH, PA 15253-5233

M.E.L.D.
197 NORTH MAIN STREET
MIDDLETON, MA 01949-1695

MERCHSTACK, INC
12333 SOWDEN RD, STE B
PMB 83448
HOUSTON, TX 77080

MUNDI WESTPORT CORP.
331 CHANGEBRIDGE RD
PO BOX 2002
PINE BROOK, NJ 07058

MACKENZIE AUTOMATIC DOORS
4900 WEST SIDE AVE
NORTH BERGEN, NJ 07047

MIDDLETON PUBLIC WORKS
195 NORTH MAIN STREET
MIDDLETON, MA 01949

NATIONAL GRID
P.O. BOX 371396
PITTSBURGH, PA 15250-7396

MAINE REVENUE SERVICES
51 COMMERCE DR.
AUGUSTA, ME 04330

MILBERG FACTORS
PO BOX 782722
PHILADELPHIA, PA 19178-2722

NATIONAL GRID
P.O. BOX 11737
NEWARK, NJ 07101-4737

NATIONAL GRID
P.O. BOX 371338
PITTSBURGH, PA 15250-7338

NICHOLAS LOREN MYERS
GREEN TRIM CREATIVE
5 HURDLE FENCE RD
SCARBOROUGH, ME 04074

OPTIMAD MEDIA LLC
55 PETERS CANYON RD
IRVINE, CA 92606

NATIONAL GRID
PO BOX 371382
PITTSBURGH, PA 15250-7382

NITCO, LLC
P.O. BOX 21918
NEW YORK, NY 10087-1918

ORION PROTECTIVE SERVICES I
PO BOX 1602
SOUTH WINDSOR, CT 06074

NAUTICA OPCO, LLC
P.O. BOX 644550
PITTSBURGH, PA 15264-4550

NORWALK DEPT. OF HEALTH
137 EAST AVENUE
NORWALK, CT 06851

OTIS ELEVATOR COMPANY
PO BOX 13716
NEWARK, NJ 07188-0716

NEEW YORK STATE TAX DEPARTMENT
RPC - PIT
90 COHOES AVE
GREEN ISLAND, NY 12183-1515

NTIRETY, INC
PO BOX 679289
DALLAS, TX 75267-9289

OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673-3579

NESTER HOSIERY, LLC
PO BOX 936281
ATLANTA, GA 31193-6281

O'NEILL SPORTSWEAR
PO BOX 843819
LOS ANGELES, CA 90084-3819

OUTFRONT MEDIA
P.O. BOX 33074
NEWARK, NJ 07188-0074

NEW ERA CAP CO., INC.
PO BOX 7410646
CHICAGO, IL 60674-0646

OAK RIDGE HAULING
PO BOX 1937
DANBURY, CT 06813-1937

OVERTIME SPORTS INC
20 JAY STREET
SUITE 600
BROOKLYN, NY 11201

NEW HAMPSHIRE DEPT. OF REVENUE ADM.
109 PLEASANT ST.
CONCORD, NH 03301

OCEAN STATE JOB LOT-WESTBOROUGH
ATTN: ACCOUNTS RECEIVABLE
375 COMMERCE PARK ROAD
NORTH KINGSTOWN, RI 02852

PENNSYLVANIA DEPARTMENT OR
P.O. BOX 280427
HARRISBURG, PA 17128-0427

NEW HIGH END
420 W 1ST STREET
SUITE 105
TEMPE, AZ 85281

OFF PRICE TRADING LLC
69 WILSON PLACE
CLOSTER, NJ 07624

PHOENIX LITHOGRAPHING CORP
11631 CAROLINE ROAD
PHILADELPHIA, PA 19154-3204

NEW JERSEY DIVISION OF TAXATION
3 JOHN FITCH WAY
5TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-0245

ONE STEP UP LTD.
1412 BROADWAY
3RD FLOOR
NEW YORK, NY 10018

PLAYNETWORK, INC.
PO BOX 204515
DALLAS, TX 75320-4515

NEW JERSEY NATURAL GAS COMPANY
P.O. BOX 11743
NEWARK, NJ 07101-4743

OPTERUS INC.
PO BOX 248
UXBRIDGE, CA, ON L9P 1B1

PLUMBING WORKS LLC
PO BOX 333
NORWALK, CT 06852

PNC BANK, NATIONAL ASSOCIATION
300 FIFTH AVE.
FLOOR 14
ATTN: RALPH MIELNIK
PITTSBURGH, PA 15222

QUADIENT, INC.
DEPT 3689
PO BOX 123689
DALLAS, TX 75312-3689

REEDSMITH LLP
LOCKBOX 10096
PO BOX 70280
PHILADELHIA, PA 19176-0280

PORTLAND PRODUCT WERKS LLC
1200 NW NAITO PARKWAY SUITE 490
PORTLAND, OR 97209

QUENCH USA, INC.
PO BOX 735777
DALLAS, TX 75373-5777

REEF LIFESTYLE, LLC
PO BOX 930621
ATLANTA, GA 31193-0621

POYANT
125 SAMUEL BARNET BLVD.
NEW BEDFORD, MA 02745

R.G. BARRY CORPORATION
PO BOX 785041
PHILADELPHIA, PA 19178

REGIONAL WATER AUTHORITY
P.O. BOX 981102
BOSTON, MA 02298-1102

PREPARE TO CHANGE, INC
5 ROSE PINK TRAIL
LANDRUM, SC 29356

RADIAL
P O BOX 204113
DALLAS, TX 75320-4114

REPUBLIC SERVICES INC
P.O. BOX 9001099
LOUISVILLE, KY 40290-1099

PRO PROTECTION SECURITY INC
150 MOTOR PARKWAY SUITE 401
HAUPPAUGE, NY 11788

RAE SECURITY, INC (TX)
7102 W. SAM HOUSTON PKWY NORTH
SUITE 100
HOUSTON, TX 77040

RETRIEVER WASTE MANAGEMEN
P.O. BOX 429
ESSINGTON, PA 19029

PRODCO ANALYTICS
9408 BLVD. DU GOLF
QUEBEC, CA H1J3A1

RANDA ACCESSORIES LEATHER
GOODS, LLC
P.O. BOX 93474
CHICAGO, IL 60673-3474

RICOH USA, INC.
P.O. BOX 827577
PHILADELPHIA, PA. 19182-7577

PROSEGUR EAS USA LLC
598 HILLSBORO TECHNOLOGY DRIVE
DEERFIELD BEACH, FL 33441

RAPID7 LLC
P.O. BOX 347377
PITTSBURG, PA 15251-4377

ROBERT HALF MGMT RESOURCE
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PSEGLI
P.O. BOX 888
HICKSVILLE, NY 11801

RED WING BRANDS OF AMERIC
24062 NETWORK PLACE
CHICAGO, IL 60673-1240

ROCKINGHAM 620, LLC
P.O. BOX 30344
TAMPA, FL 33630

PUMA NORTH AMERICA
PO BOX 74007020
CHICAGO, IL 60674-7020

REDSTONE MAINTENANCE SERVICE
115 CARRIAGE DRIVE
KENSINGTON, CT 06037

ROSENTHAL & ROSENTHAL
P.O. BOX 88926
CHICAGO, IL 60695-1926

QS WHOLESALE, INC
BOARDRIDERS WHOLESALE, LLC
PO BOX 749340
LOS ANGELES, CA 90074-9340

REEBOK INTERNATIONAL LTD.
DEPT CH 19405
PALATINE, IL 60055-9405

RR DONNELLEY
P.O. BOX 842307
BOSTON, MA 02284-2307

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

SERVOMATION REFRESHMENTS, INC.
7098 MOUNT PLEASANT ROAD
CANASTOTA, NY 13032

SPECTROTEL
3535 STATE HWY 66 BLDG 7
NEPTUNE, NJ 07753

S3 HOLDING, LLC
OLIVIA MILLER
C/O: JS-BH HOLDING PO BOX 841925
BOSTON, MA 02284-1925

SHADES OF GREEN FLORIST
54 CHAMBERLAIN HIGHWAY
MERIDEN, CT 06451

SPORTS LICENSING SOLUTIONSLL
P.O. BOX 745175
ATLANTA, GA 30374-5172

SANDY HAWTHORNE
41 LIBERTY ST
NEW BRITAIN, CT 06052

SIGNATURE PRODUCTS GROUP
P O BOX 150342
OGDEN, UT 84415-0342

STAPLES
500 STAPLES DR
FRAMINGHAM, MA 01702

SAVE THAT STUFF
PO BOX 849510
BOSTON, MA 02284-9510

SIGNWAVE
82 BRIDGE ROAD
ISLANDIA, NY 11749

STAR OF INDIA
NOSTALGIA
PO BOX 28330
TEMPE, AZ 85285-8330

SAVI SOLUTIONS INC
1410 S. 600 W.
WOODS CROSS, UT 84010

SIMSBURY COMMONS LLC
C/O LINCOLN PROPERTY COMPANY
75 HOLLY HILL LANE, SUITE 303
GREENWICH, CT 06830

STATE OF NEW HAMPSHIRE
NH DRA
PO BOX 1265
CONCORD, NH 03302-1265

SCG
P.O. BOX 847819
BOSTON, MA 02284-7819

SIXFIFTY TECHNOLOGIES, LLC
307 W 200 S
SUITE 3006
SALT LAKE CITY, UT 84101

STATE OF NEW JERSEY
DIV OF TAXATION,REVENUE PROC
PO BOX 643
TRENTON, NJ 08646-0643

SCHINDLER ELEVATOR CORPORATION
P.O. BOX 93050
CHICAGO, IL 60673-3050

SKECHERS USA, INC.
PO BOX 74008181
CHICAGO, IL 60674-8181

STATE OF NEW JERSEY
DCA BFCE - DORES
P.O. BOX 663
TRENTON, NJ 08646-0663

SECURE PRODUCTS CORP
1005 N.LOMBARD RD
LOMBARD, IL 60148

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA 15251-6170

STELLAR LLC
1810 EAST 5TH STREET
BROOKLYN, NY 11223

SEIRUS INNOVATION
PO BOX 92070
LAS VEGAS, NV 89193-2070

SOURCECORP BPS, INC
DEPT 9050
PO BOX 676114
DALLAS, TX 75267-6114

STERICYCLE INC.
28883 NETWORK PLACE
CHICAGO, IL 60673

SENTRY INDUSTRIES, INC.
P O BOX 885
HILLBURN, NY 10931

SOUTHINGTON BOARD OF WATER COMMISSIONERS
605 WEST QUEEN ST
PO BOX 111
SOUTHINGTON, CT 06489

STERLING TALENT SOLUTIONS
P.O. BOX 35626
NEWARK, NJ 07193-5626

STUBBS ALDERTON & MARKILIES, LLP
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

TEX LINE ASSOCIATES PTE LTD
73 BUKIT TIMAH ROAD
#01-01
REX HOUSE, SG, SINGAPORE 00022-9832

TOSHIBA GLOBAL COMMMERCE S
LOCKBOX# 644938
PITTSBURGH, PA 15264-4938

SUFFOLK COUNTY WATER AUTHORITY
P.O. BOX 9044
HICKSVILLE, NY 11802-9044

THE ANTIGUA GROUP, INC.
2903 PAYSPHERE CIRCLE
CHICAGO, IL 60674

TOWN OF DANVERS
P.O BOX 3338
DANVERS, MA 01923-3338

SUMMIT RESOURCE IMPORTS
SUMMIT RESOURCE INT'L LLC
2310 UNIVERSITY WAY STE 3-1
BOZEMAN, MT 59715

THE CIT GROUP/COMMERCIAL SERV
P.O. BOX 1036
CHARLOTTE, NC 28201-1036

TOWN OF SALEM, NH
UTILITY SERVICES DEPT.
33 GEREMONTY DRIVE
SALEM, NH 03079-3390

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA 30384-9211

THE HADDAD APPAREL GROUP,
131 DOCKS CORNER RD
DAYTON, NJ 08810

TRAU & LOEVNER OPERATING
838 BRADDOCK AVE
BRADDOCK, PA 15104

SUPREME INTERNATIONAL
DIV. OF PERRY ELLIS INT'L
PO BOX 930976
ATLANTA, GA 31193-0976

THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916

TREASURER, STATE OF CT.
LICENSE SERVICES DIVISION
450 COLUMBUS BLVD, STE 801
HARTFORD, CT 06103

TAX COLLECTOR, CITY OF WATERBURY
P.O. BOX 2379
DEPT 46
HARTFORD, CT 06146-2379

THE LOGISTICS STORE
26 WESTWOODS DRIVE
LIBERTY, MO 64068

TREASURER, STATE OF CT.
UNCLAIMED PROPERTY DIVISION
PO BOX 150435
HARTFORD, CT 06115-0435

TBP CRANSTON LLC
PO BOX 715975
CINCINNATI, OH 45217-5975

THE SHOPPES AT BUCKLAND HILLS, LTD
LOCKBOX 005901
PO BOX 645901
CINCINNATI, OH 45264-5901

TRI-CITY FIRE PROTECTION LLC
67 MEADOWOOD
TOLLAND, CT 06084-3922

TELOS LEGAL CORP
510 WEST 6TH STREET, SUITE 320
LOS ANGELES, CA 90014

THE STANDARD LIFE INSURANCE COMPANY OF N
UNIT 54
PO BOX 5000
PORTLAND, OR 97208-5000

TRISTATE CARTING, INC.
P.O. BOX 5298
TOMS RIVER, NJ 08754-5298

TEN WEST APPAREL INC.
10 WEST 33RD STREET
SUITE 216
NEW YORK, NY 10001

THE STOP AND SHOP SUPERMARKET
COMPANY, LLC
LOC 1108 PO BOX 3797
BOSTON, MA 02241-3797

TWIN CITIES PLAZA OWNER LLC
C/O CROSSPOINT ASSOCIATES IN
188 NEEDHAM STREET, STE 255
NEWTON, MA 02464

TERRAMAR SPORTS, INC.
PO BOX 392613
PITTSBURGH, PA 15251-9613

TLG NEWINGTON, LLC
172 KITTS LLC
139 FRONT STREET
FALL RIVER, MA 02721

TWIN ELECTRIC LLC
91 BUCKINGHAM AVE
MILFORD, CT 06460

UNDER ARMOUR, INC.
P.O. BOX 791022
BALTIMORE, MD 21279-1022

VELOCITY
SHIPMATES PRINTMATES HOLDING CORP
705 CORPORATIONS PARK
SCOTIA, NY 12302

W & M FIRE PROTECTION SERV
2 WEST ST
PLANTSVILLE, CT 06479

UNIFIRST CORPORATION
P.O. BOX 650481
DALLAS, TX 75265-0481

VELOCITY EHS
222 MERCHANDISE MART PLAZA, SUITE 750
CHICAGO, IL 60654

WARSON GROUP, INC.
PO BOX 841140
KANSAS CITY, MO 64184-1140

UNIPLAST INDUSTRIES, INC
1-5 PLANT ROAD
HASBROUCK HEIGHTS, NJ 07604

VERIFONE
LOCKBOX #774060
PO BOX 854060
MINNEAPOLIS, MN 55485-4060

WELD POWER SERVICE CO., INC
1529 GRAFTON ROAD
MILLBURY, MA 01527-4332

UNITED HEALTHCARE INSURANCE COMPANY
UHS PREMIUM BILLING
PO BOX 94017
PALATINE, IL 60094-4017

VERIZON WIRELESS
P.O. BOX 15062
ALBANY, NY 12212-5062

WELLS FARGO BANK N.A.
PO BOX 712665
PHILADELPHIA, PA 19171-2665

UNITED ILLUMINATING
P.O. BOX 847818
BOSTON, MA 02284-7818

VERMONT DEPARTMENT OF TAXES
P.O. BOX 1779
MONTPELIER, VT 05601-1779

WELLS FARGO BANK, N.A
P.O BOX 712932
PHILADELPHIA, PA 19171-2932

UNITIL
P.O. BOX 981077
BOSTON, MA 02298-1077

VF OUTDOOR
TIMBERLAND
13911 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

WELLS FARGO BANK, N.A.
P.O. BOX 712683
PHILADELPHIA, PA 19171-2683

UPS
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

VFI
27655 MIDDLEBELT ROAD
SUITE 150
FARMINGTON, MI 48334

WELLS FARGO BANK, N.A.
PO BOX 912150
DENVER, CO 80291-2150

UPS MAIL INNOVATIONS
UPS/UPS SCS CHICAGO
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

VFI KR SPE I LLC
PO BOX 8105
ANN ARBOR, MI 48107

WELLS FARGO CAPITAL FINANC
PO BOX 712468
PHILADELPHIA, PA 19171-2468

USA WASTE & RECYCLING
P.O. BOX 1318
ENFIELD, CT 06083

VFI KR SPE I LLC
LOCKBOX #6021
P.O. BOX 5241
DENVER, CO 80271-5241

WELLS FARGO TRADE CAPITAL S
P.O BOX 842674
BOSTON, MA 02284-2674

VANS, INC.
VF OUTDOOR, INC.
13911 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

VISTAR
175 SULLIVAN AVE
SOUTH WINDSOR, CT 06074

WELLS FARGO TRADE CAPITAL S
PO BOX 712674
PHILADELPHIA, PA 19171-2674

WESTAFF WORKFORCE SOLUTIONS, LLC
P.O. BOX 116834
ATLANTA, GA 30368-6834


WILLIAMSON-DICKIE MFG., C
PO BOX 915156
DALLAS, TX 75391-5156


WIN WASTE INNOVATIONS HOLDINGS INC
PO BOX 830463
PHILADELPHIA, PA 19182-0463


WINCRAFT INCORPORATED
PO BOX 708
WINONA, MN 55987


WIP INC.
DBA DEWALT FOOTWEAR
212 14TH STREET
OREGON CITY, OR 97045


WOLVERINE WORLD WIDE, INC.
25759 NETWORK PLACE
CHICAGO, IL 60673-1257


XL COLOR
16 SOUTHWOOD ROAD
BLOOMFIELD, CT 06002


Y.M.I. JEANSWEAR, INC.
1155 S. BOYLE AVENUE
LOS ANGELES, CA 90023-2109


YVES OUELLETTE CONTRACTOR, LLC
738 OLD COLONY ROAD
MERIDEN, CT 06451

# United States Bankruptcy Court
## District of Delaware

In re    **SDI Stores LLC** _____    Case No. _____
_____    Chapter    **11** _____
Debtor(s)

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**SDI Stores LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Roberts 50 USA LLC**
**160 Corporate Ct**
**Meriden, CT 06450**

☐ None [*Check if applicable*]

**June 18, 2024**
_____
Date

**/s/ Maria Aprile Sawczuk**
_____
**Maria Aprile Sawczuk**
Signature of Attorney or Litigant
Counsel for    **SDI Stores LLC**
**Goldstein & McClintock LLLP**
**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
**302-444-6710 Fax:302-444-6709**
**marias@goldmclaw.com**